UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARK BALDWIN DIAZ,                    )     CASE NO. CV 10-6691-JHN (PJW)
                                      )
              Petitioner,             )
                                      )     J U D G M E N T
        v.                            )
                                      )
R. LOPEZ, WARDEN,                     )
                                      )
              Respondent.             )
_____)

     Pursuant to the Order Accepting Findings, Conclusions, and
Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is
dismissed with prejudice.

     DATED:     March 12, 2012          .


                              _____
                              JACQUELINE H. NGUYEN
                              UNITED STATES DISTRICT JUDGE




S:\PJW\Cases-State Habeas\DIAZ, M 6691\Judgment.wpd