UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BALDWIN DIAZ, | CASE NO. CV 10-6691-JHN (PJW) |
| Petitioner, | |
| v. | JUDGMENT |
| R. LOPEZ, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 12, 2012.

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\DIAZ, M 6691\Judgment.wpd